IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00331–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SANTIAGO YANEZ-MARTINEZ,

    Defendant

---

## ORDER

---

    This matter is before the court on a Petition for Commutation of Sentence (#138) filed by Defendant Santiago Yanez-Martinez. Commutation of a sentence is relief ordinarily granted by the Executive Branch of the federal government as an act of executive clemency. This is what Defendant's selected form appears to request. If Defendant is asking the court to reduce his sentence as a judicial act, rule 35 of the Federal Rules of Criminal Procedure precludes this relief in these circumstances. In either case, the motion must be DENIED.

    Dated this 16th day of May, 2006.

    BY THE COURT:

    s/ Edward W. Nottingham
    EDWARD W. NOTTINGHAM
    United States District Judge.